IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLIE EASTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-16-1282-M |
| | ) | |
| DA OF LAWTON; COMANCHE COUNTY JAIL; and JUDGE OF MY CONVICTION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 12, 2017, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights. The Magistrate Judge recommended the dismissal of this action under Federal Rule of Civil Procedure 41(b), without prejudice to refiling. Plaintiff was advised of his right to object to the Report and Recommendation by February 1, 2017. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on January 12, 2017, and

(2) DISMISSES this action under Federal Rule of Civil Procedure 41(b), without prejudice to refiling.

**IT IS SO ORDERED this 13th day of February, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE